■ BETTIE A. DAVIS v. JOHN F. FOLEY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant, John F. Foley, procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this

court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.